Opinion by FORD, J. In accordance with stipulation of counsel that the applicable regulations have now been complied with, the claim of the plaintiffs was sustained, except as to protest 59/10698, wherein only pattern design No. 17358 was claimed entitled to free entry.

BEFORE THE THIRD DIVISION, JUNE 11, 1962

**No. 66848.**—Lewis & Pina *v.* United States, protests 60/27883, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

**No. 66849.**—Lewis & Pina et al. *v.* United States, protests 61/2265, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

**No. 66850.**—Lewis & Pina et al. *v.* United States, protests 61/2267, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 12, 1962

**No. 66851.**—Globe Importing Company et al. *v.* United States, protests 60/4933, etc. (New York).